**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 810 MAL 2017

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

           v.   :

DOUGLAS CARL GIBBONEY,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.